UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>           Plaintiff,<br><br>   vs.<br><br>UNITED STATES GOVERNMENT,<br><br>           Defendant. | NO. CV-10-5121-EFS<br><br>**ORDER DISMISSING LAWSUIT DUE TO FAILURE TO PAY FILING FEE OR COMPLY WITH IN FORMA PAUPERIS REQUIREMENTS and <u>CAUTIONING MR. WALLACE</u>** |

On October 12, 2010, Plaintiff John William Wallace filed a Complaint but failed to pay a filing fee or apply to Proceed In Forma Pauperis. (ECF No. 1.) Because Mr. Wallace failed to do either during the past two months, **IT IS HEREBY ORDERED**:

    1.   This file shall be **CLOSED.**

    2.   An appeal in this matter, which does not include a properly-filed complaint, will not be taken in good faith.

Since June 3, 2010, Mr. Wallace has filed eight civil cases wherein he has failed to either pay a filing fee or properly apply for in forma pauperis status in the Eastern Direct of Washington. (10-cv-5059-EFS; 10-cv-5068-EFS; 10-cv-5069-EFS; 10-cv-5078-EFS; 10-cv-5107-EFS; 10-cv-5112; 10-cv-5113-EFS; 10-cv-5121-EFS.) If Mr. Wallace files another civil lawsuit in the Eastern District of Washington without paying the filing fee or properly applying to proceed in forma pauperis, he is

ORDER - 1

cautioned that the Court will enjoin him from filing any lawsuit in the Eastern District of Washington for one year.

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Mr. Wallace.

**DATED** this 10th day of December 2010.

                                    S/ Edward F. Shea
                                    EDWARD F. SHEA
                          United States District Judge

Q:\Civil\2010\5121.dismiss.ifp.wpd

ORDER ~ 2